✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.　4:19-CR-10-001(CDL) |
| **RAYMOND GREER, JR.** | |

On November 10, 2021, the supervised release period of 5 years commenced. Raymond Greer, Jr. has complied with the rules and regulations of supervised release; has met the criteria for early termination, as outlined in the *Guide to Judiciary Policy*, Volume 8, Part E (Post-Conviction Supervision) [Monograph 109], Chapter 3, as approved by the Administrative Office of the United States Courts; and is no longer in need of supervision. It is accordingly recommended that Raymond Greer, Jr. be discharged from supervision.

Respectfully submitted,

*Jennifer Fowler*

Jennifer T. Fowler
Drug and Alcohol Treatment Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___9th___ day of ___February___, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA